JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HAXTON,<br><br>　　　　Plaintiff,<br>vs.<br>AMERICAN AIRLINES, INC., a Delaware Corporation; and Does 1-10,<br><br>　　　　Defendant. | **Case No.: 2:18-cv-10287-RGK-PLA**<br><br>*Hon. R. Gary Klausner*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 11, 2018<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Linda Haxton's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against American Airlines, Inc. a California Limited Liability Company ("Defendant").

Dated: January 9, 2020

　　　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　Judge, United States Court
　　　　　　　　　　　　　　　　　　Central District of California

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE